Isaac PATTERSON, Plaintiff–
Appellant,

v.

William MUSE; Karen D. Brown; Rita
J Angelone; Minor F. Stone; Frederick
M Quayle, Defendants–Appellees.

No. 14–6594.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 21, 2014.

Decided: Oct. 23, 2014.

Isaac Patterson, Appellant Pro Se.
James Milburn Isaacs, Jr., Office of the
Attorney General of Virginia, Richmond,
Virginia, for Appellee.

Before SHEDD, DUNCAN, and
FLOYD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Isaac Patterson appeals the district
court's order denying relief on his 42
U.S.C. § 1983 (2012) complaint. We have
reviewed the record and find no reversible
error. Accordingly, we affirm for the rea-
sons stated by the district court. *Patter-
son v. Muse,* No. 2:12–cv–00498–RAJ–
TEM (E.D.Va. Mar. 31, 2014). We dis-
pense with oral argument because the
facts and legal contentions are adequately
presented in the materials before this

court and argument would not aid the
decisional process.

*AFFIRMED.*